FILED
MAY 27 2014
Clerk, U.S. District Court
District Of Montana
Billings

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**RAMONA LOPEZ,**<br><br>**Defendant.** | **CR 13-92-BLG-SPW-02**<br><br>**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE AS TO RAMONA LOPEZ ONLY** |

Based on the United States' Unopposed Motion to Dismiss Without Prejudice as to Ramona Lopez Only (Doc. 69), and good cause show,

IT IS HEREBY ORDERED that the indictment against the Defendant, Ramona Lopez, is dismissed without prejudice. The indictment remains in full force and effect with respect to all other defendants named in the indictment.

IT IS FURTHER ORDERED that the trial set for June 9, 2014 is VACATED.

IT IS FURTHER ORDERED that any bail or bond posted to secure the Defendant's release in this case is hereby exonerated.

DATED this 27th day of May, 2014.

Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge